8

TIETZ ET AL. v. MARIENTHAL ET AL.

No. 217.  Decided October 10, 1966.

*J. B. Tietz* for appellants.

*Harold W. Kennedy* and *Henry F. Walker* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.

REYNOLDS, DBA LARRY & KATZ, ET AL. v. LOUISIANA BOARD OF ALCOHOLIC BEVERAGE CONTROL.

No. 229.  Decided October 10, 1966.

*Saul Stone* and *Paul O. H. Pigman* for appellants.

*George A. Bourgeois, Clem H. Sehrt* and *Peter J. Butler* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.